1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 | ROBERT KALANI,                           ) No.  2:13-cv-00061-JAM-CKD
                                             )
12 |            Plaintiff,                    )
                                             )
13 |        vs.                               ) **PLAINTIFF'S APPLICATION FOR**
                                             ) **RELIEF FROM DEADLINE TO SUBMIT**
14 | NATIONAL SEATING & MOBILITY, INC.,       ) **PROPOSED ORDER RE: MOTION FOR**
   | et al.,                                  ) **SUMMARY JUDGMENT;  ORDER**
15 |                                          )
                                             )
16 |            Defendants.                   )
                                             )
17 |                                          )
                                             )
18 | _____ )

19      WHEREAS, the Court has ordered Plaintiff, Robert Kalani ("Plaintiff"), to prepare and

20 submit a proposed order memorializing the Court's ruling on Defendant National Seating &

21 Mobility, Inc.'s Motion for Summary Judgment ("the Motion"), within ten days of the

22 September 25, 2013 hearing on the Motion (ECF No. 42), such that the deadline to submit the

23 proposed order is October 4, 2013;

24      WHEREAS, counsel for Plaintiff  promptly requested the transcript of the hearing to

25 prepare a proposed order which accurately reflects the Court's ruling as stated on the record,

26 and the reporter has advised that she anticipates that the transcript will be completed by

27 October 3, 2013;

28

PLAINTIFF'S APPLICATION FOR RELIEF FROM DEADLINE TO SUBMIT PROPOSED ORDER RE:
MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER

1    WHEREAS, Local Rule 137(a) requires that Plaintiff serve the proposed order on all

2  other parties and wait seven days before then lodging it with the court, unless counsel for the

3  other parties approve it as to form prior to the expiration of the seven-day period;

4    WHEREAS, Plaintiff will be unable to comply with Local Rule 137(a) under the

5  current deadline and will likely not have sufficient time to prepare the proposed order and

6  submit it to all other parties by October 4, 2013, as his counsel has not received the transcript

7  as of the date of this request;

8    THEREFORE, Plaintiff respectfully requests that the deadline for Plaintiff to serve the

9  proposed order on all other parties be extended to three days after Plaintiff's receipt of the

10  transcript of the hearing on the Motion, and that the proposed order be submitted to the Court

11  within seven days thereafter.

12

13  Dated:  October 2, 2013                    MOORE LAW FIRM, P.C.

14

15                                            _/s/ Tanya E. Moore_____
                                              Tanya E. Moore
16                                            Attorneys for Plaintiff
                                              Robert Kalani
17

18                                    **ORDER**

19      The Court having considered Plaintiff's request, and good cause appearing,

20    **IT IS HEREBY ORDERED** that the deadline for Plaintiff to serve the proposed order

21  on Defendant National Seating & Mobility, Inc.'s Motion for Summary Judgment ("the

22  Motion") on all other parties shall be extended to three days after Plaintiff's receipt of the

23  transcript of the hearing on the Motion, and that the proposed order shall be submitted by

24  Plaintiff to the Court within seven days thereafter.

25

26  Dated: 10/2/2013                          /s/ John A. Mendez_____
                                              United States District Court Judge
27

28

PLAINTIFF'S APPLICATION FOR RELIEF FROM DEADLINE TO SUBMIT PROPOSED ORDER RE:
MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER