UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONAL SEATING & MOBILITY, INC.,<br><br>        Defendant. | No. 2:13-cv-0061 JAM CKD<br><br>ORDER |

      Plaintiff has filed a notice of motion for protective order regarding defendant NSM's demand to enter land pursuant to Federal Rule of Civil Procedure 34(a)(2). Via this demand, defendant NSM seeks inspection of plaintiff's home. Based on declarations previously filed by defendant NSM (ECF Nos. 40, 41), it appears defendant believes plaintiff's residence is not in compliance with the ADA.

      The gravamen of the complaint is that defendants' facility and surrounding business complex do not comply with the ADA. The court's independent research has found no cases where the condition of plaintiff's residence has been relevant to the type of claims made in this action. The court has serious concerns that defense counsel is attempting to harass plaintiff and to make a farce of these judicial proceedings. Based on the briefing on the motion to compel which was recently heard by the undersigned, it appears that written exchanges between counsel

regarding disputed issues are of limited utility.  The court will therefore direct counsel to personally meet and confer on the motion for protective order.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than October 15, 2013, counsel for plaintiff and counsel for defendant NSM shall meet and confer in person at the office of plaintiff's counsel regarding plaintiff's motion for protective order.

2. The joint discovery statement shall be filed no later than October 21, 2013.

3. Counsel for defendant NSM is cautioned that sanctions under Federal Rule of Civil Procedure 11 may be imposed should the court determine defendant's opposition to the motion for protective order is frivolous or presented for an improper purpose.  See Fed. R. Civ. P. 11(b)(1), (2).

Dated:  October 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 kalani.pro