**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT KALANI, ) | No. 2:13-cv-00061-JAM-CKD |
| Plaintiff, ) | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT NATIONAL SEATING & MOBILITY, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| vs. ) | |
| NATIONAL SEATING & MOBILITY, INC.; ) TRIMBLE LAND COMPANY, LLC, ) | |
| Defendants. ) | Date:     September 25, 2013<br>Time:     9:30 a.m.<br>Courtroom: 6<br>Honorable John A. Mendez |

[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT NATIONAL SEATING & MOBILITY, INC.'S MOTION FOR SUMMARY JUDGMENT

Page 1

1    This matter having come on regularly for hearing on September 25, 2013, and the Court
2 having considered the papers submitted in support of and in opposition to Defendant National
3 Seating & Mobility, Inc.'s ("Defendant") Motion for Summary Judgment, or Alternatively,
4 Partial Summary Judgment, the record on file herein, and the oral argument by the parties, the
5 Court **HEREBY ORDERS** as follows:

6     1. With respect to the barriers alleged in Plaintiff Robert Kalani's First Amended Complaint at paragraphs 11(q) through 11(cc) which relate to the employee only restroom at the subject property (identified in the First Amended Complaint as "Restroom One"), the Court **GRANTS** Defendant partial summary adjudication.

11     2. The declarations filed in support of Defendant's motion of Julie Luna (ECF 40) and Rene Garcia (ECF 41) are stricken from the record and the Clerk is ordered to seal said declarations.

14     3. The Court **DENIES** Defendant's motion in all other respects.

**IT IS SO ORDERED.**

Dated: 10/15/2013

/s/ John A. Mendez_____
United States District Court Judge

[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT NATIONAL SEATING & MOBILITY, INC.'S MOTION FOR SUMMARY JUDGMENT

Page 2