UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:13-cv-0061 JAM CKD |
| Plaintiff, | |
| v. | ORDER |
| NATIONAL SEATING & MOBILITY, INC., | |
| Defendant. | |

Plaintiff's request for expenses incurred in connection with the motion to compel is pending before the court. Plaintiff has submitted evidence in support of the request and defendant NSM has filed a response. Upon review of these documents and the briefing on the motion to compel and good cause appearing, THE COURT FINDS AS FOLLOWS:

Plaintiff requests expenses in the total amount $15,945 comprising 34.7 hours at an hourly rate of $350.00 for attorney Moore, 16 hours at an hourly rate of $150.00 for paralegal Sacks, and 11.2 hours at an hourly rate of $125.00 for paralegal Law. Review of the time entries demonstrates duplicative billing, time charged for clerical duties, and inflated amounts of time spent on relatively routine tasks. The court finds 10 hours were reasonably expended in attorney time and 11 hours were reasonably expended in paralegal time in connection with the plaintiff's motion to compel.

1   Plaintiff's counsel fails to sufficiently support the claimed hourly rates or that the hourly charges are the prevailing rates in the Sacramento area. The Eastern District has awarded well experienced ADA lawyers in the Sacramento area an hourly rate of $250.00 and paralegal work an hourly rate of $75.00. See, e.g. Martinez v. Thrifty Payless, Inc., WL 2561122 (E.D. Cal. June 24, 2008); Chapman v. Pier 1 Imports, Inc., WL 2462084 (E.D. Cal. Aug. 24, 2007). The court recognizes the cited cases reflect awards made at an earlier period of time; however, given the relative inexperience of plaintiff's counsel, the court concludes no upward adjustment should be made in the hourly rate.

Accordingly, IT IS HEREBY ORDERED that reasonable expenses in the amount of $3,325 are awarded to plaintiff against defendant National Seating & Mobility, Inc.

Dated: October 16, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 kalani.mtc.exp

2