UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:13-cv-0061 JAM CKD |
| Plaintiff, | |
| v. | ORDER |
| NATIONAL SEATING & MOBILITY, INC., | |
| Defendant. | |

Pending before the court is plaintiff's motion for protective order. Because oral argument is not of material assistance, this matter is submitted on the briefs. E.D. Cal. L.R. 230(g). Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. The hearing date of October 30, 2013 on plaintiff's motion for protective order is vacated.

2. The inspection sought by defendant National Seating & Mobility, Inc. of plaintiff's home does not appear reasonably calculated to lead to the discovery of admissible evidence and is thus outside the scope of allowable discovery. Fed. R. Civ. P. 26(b)(1). Plaintiff's motion for protective order (ECF No. 53) is accordingly granted.

3. An award of reasonable expenses to plaintiff is warranted. Fed. R. Civ. P. 26(c)(3), 37(a)(5). No later than October 30, 2013, plaintiff shall submit evidence in support of the request

1

for expenses incurred in connection with the motion for protective order.  No later than November 6, 2013, defendant may file a response to plaintiff's submission regarding expenses.

    4.  Plaintiff's request for sanctions under Federal Rule of Civil Procedure 11 and 28 U.S.C. § 1927 is denied without prejudice.

Dated:  October 23, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 kalani.po.sub