UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:13-cv-0061 JAM CKD |
| Plaintiff, | |
| v. | ORDER |
| NATIONAL SEATING & MOBILITY, INC., | |
| Defendant. | |

Plaintiff's request for expenses incurred in connection with the motion for protective order is pending before the court. Plaintiff has submitted evidence in support of the request and defendant NSM has filed a response. Upon review of these documents and the briefing on the motion for protective order and good cause appearing, THE COURT FINDS AS FOLLOWS:

Plaintiff requests expenses in the total amount $9,810 comprising 16.9 hours at an hourly rate of $350.00 for attorney Moore, 18.3 hours at an hourly rate of $150.00 for paralegal Sacks, and 9.2 hours at an hourly rate of $125.00 for paralegal Law. The court recently awarded plaintiff expenses incurred in connection with a motion to compel. ECF No. 62. The court does not find an adjustment of the previously awarded hourly rates to be warranted. Accordingly, attorney time will be compensated at an hourly rate of $250.00 and paralegal time will be compensated at an hourly rate of $75.00.

1

With respect to the number of hours claimed by plaintiff's counsel, the court finds a reduction is appropriate.  Of the 16.9 hours of claimed attorney time, the following entries are excessive:  10/3/13, 0.6 hours; 10/10/13, 0.4 hours; 10/12/13, 0.4 hours; 10/12/13, 2.1 hours; 10/14/13, 1.5 hours; 10/14/13, 0.4 hours, 10/15/13, 0.5 hours; 10/15/13, 2.0 hours; 10/20/13, 0.5 hours, 10/21/13, 0.4 hours; 10/21/13, 0.5 hours; 10/22/13, 1.7 hours; 10/28/13, 1.5 hours.  ECF No. 66-2 at p. 21-23.  Of these cumulative claimed 12.5 hours, a reasonable amount of time performing the described tasks is 5.9 hours. The remainder of the claimed 4.4 hours for attorney time are reasonable.  Of the 18.3 hours claimed for paralegal Sacks, the following entries are excessive or duplicative of tasks performed by attorney Moore:  10/1/13, 2.1 hours; 10/16/13, 2.6 hours; 10/17/13, 3.2 hours; 10/21/13, 1.4 hours; 10/27/13, 3.2 hours.  ECF No. 66-4 at p. 1-2.  Of the 9.2 hours claimed for paralegal Law, the following entries are either excessive, duplicative of tasks performed by attorney Moore, or secretarial in nature:  10/17/13, 2.3 hours; 10/18/13, 0.6 hours; 10/23/13, 1.5 hours; 10/25/13, 0.8 hours; 10/28/13, 1.2 hours; 10/28/13, 0.6 hours; 10/28/13, 0.7 hours; 10/29/13, 0.8 hours.  ECF No. 66-6 at p.1.  Of these cumulative claimed 21.0 hours, a reasonable amount of time performing compensable tasks is 6.1 hours. The remainder of the claimed 6.5 hours for paralegal time are reasonable.  The court accordingly finds 10.3 hours were reasonably expended in attorney time and 12.6 hours were reasonably expended in paralegal time in connection with the plaintiff's motion for protective order.

Accordingly, IT IS HEREBY ORDERED that reasonable expenses in the amount of $3,520 are awarded to plaintiff against defendant National Seating & Mobility, Inc.

Dated:  November 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 kalani.po.exp

2