UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | Case No.: 2:13-cv-00061-JAM-CKD |
| Plaintiff, | **ORDER** |
| vs. | |
| NATIONAL SEATING AND MOBILITY, INC.; TRIMBLE LAND COMPANY, LLC | |
| Defendants. | |

The Parties having so stipulated and good cause appearing:

IT IS HEREBY ORDERED that Defendant National Seating and Mobility, Inc.'s Fifth and Seventh Affirmative Defenses are stricken from its Answer to the First Amended Complaint.

Dated:  11/27/2013                                                    /s/ John A. Mendez_____
                                                                                       United States District Court Judge

STIPULATION