UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:13-cv-00061-JAM-CKD |
| Plaintiff, | **PLAINTIFF'S JUDGMENT** |
| vs. | |
| NATIONAL SEATING & MOBILITY, INC.; TRIMBLE LAND COMPANY, LLC, | |
| Defendants. | |

The issues in this action having been duly considered in Plaintiff's Motion for Summary Judgment (Doc. #74) and Defendants' Cross-Motion for Summary Judgment (Doc. #76), as well as Plaintiff's Motion to Amend the Judgment (Doc. #87) and Defendants' Motion for Reconsideration (Doc. #88), and the Court having issued its Orders thereon, it is hereby **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff and against Defendants in the amount of $4,000.00.

**IT IS SO ORDERED.**

Dated: May 8, 2014

　　　　　　　　　　　　　　　　/s/ JOHN A. MENDEZ
　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PLAINTIFF'S JUDGMENT

Page 1